IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 po 05

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| BENJAMIN E. STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the undersigned pursuant to Government's Motion to Dismiss Complaint (#10). It appears from the motion that good cause has been shown for the granting of the motion and Defendant's counsel has consented to the motion, therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Government's Motion to Dismiss Complaint (#10) in this matter is **ALLOWED** and the criminal charges against Defendant as set forth in the Criminal Complaint are dismissed.

Signed: March 28, 2017

_Dennis E. Howell_
Dennis L. Howell
United States Magistrate Judge

1